UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ROBERT C. HORTON JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:22-cv-0909-EFB<br><br><br><br>ORDER |

　　　　Plaintiff filed a complaint seeking judicial review of a final decision of the Commissioner of Social Security denying his application for disability insurance benefits. ECF No. 1. He has filed an application for leave to proceed *in forma pauperis*, but the form is incomplete. *See* ECF No. 2. The form also contains handwritten notes that appear to be from somebody other than plaintiff or his attorney of record that postdate plaintiff's signature on the form. *See id.* Accordingly, the request (ECF No. 2) is denied without prejudice to filing a properly completed application for leave to proceed *in forma pauperis*.

　　　　Accordingly, it is hereby ORDERED that:

　　　　1. Plaintiff's application for leave to proceed *in forma pauperis* (ECF No. 2) is denied without prejudice to filing a properly completed application for leave to proceed *in forma pauperis*.

2. Within 14 days from the date of this order, plaintiff shall submit a signed and complete affidavit in support of her request for leave to proceed *in forma pauperis*. Failure to comply with this order may result in a recommendation that action being dismissed.

DATED: June 13, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE