Robert C Weems (SBN 148156)
WEEMS LAW OFFICES
526 3rd St., Ste. A-2
San Rafael, CA 94901
Ph: 415.881.7653
Fx: 866.610.1430
Email: rcweems@weemslawoffices.com

Attorney for Plaintiff,
    WADE ROBERT C HORTON JONES

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ROBERT C. HORTON JONES, | Case No. 2:22-cv-00909-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE MODIFICATION OF SCHEDULING ORDER [ECF No. 7] |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 7] should be modified and Plaintiff's time to move for summary judgment should be extended from 12/8/2022 to 1/7/2023, all other deadlines to be determined by reference to the Court's scheduling order and that good cause supports the extension of time.

    This is the parties first request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes Plaintiff's counsel inadvertently failed to calendar a date to seek a modification of the scheduling order no informal resolution was reached prior to the time set for filing Plaintiff's motion for summary judgment. This request is made jointly in good faith, without dilatory motive and not for purposes of undue delay or to prejudice the interest of any party.

SO STIPULATED AND AGREED, August 2, 2022

| WEEMS LAW OFFICES | PHILLIP A. TALBERT, |
| --- | --- |
| | United States Attorney |
| | PETER K. THOMPSON |
| | Acting Regional Chief Counsel, |
| | Region IX, Soc. Sec. Admin |
| | ELLINOR RAVENEL CODER |
| | Sp. Asst. U.S. Attorney |

*/s/Robert C. Weems*      By:   */s/Ellinor Ravenel Coder*

| ROBERT C. WEEMS, | ELLINOR RAVENEL CODER |
| --- | --- |
| Attorney for Plaintiff | Sp. Asst. U.S. Attorney, |
| | Attorney for Defendant |
| | (per email authorization) |

**[~~PROPOSED~~] ORDER**

SO ORDERED

Dated: December 9, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE