1  Robert C Weems (SBN 148156)
   WEEMS LAW OFFICES
2  526 3rd St., Ste. A-2
   San Rafael, CA 94901
3  Ph: 415.881.7653
   Fx: 866.610.1430
4  Email: rcweems@weemslawoffices.com

5  Attorney for Plaintiff,
         WADE ROBERT C HORTON JONES

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE ROBERT C. HORTON JONES, | Case No. 2:22-cv-00909-EFB |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER RE MODIFICATION OF SCHEDULING ORDER [ECF No. 7] |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

    Subject to the approval and any further orders of the Court, the parties, by and through counsel of record, stipulate and agree that the scheduling order for Social Security cases in this action [ECF No. 7] should be modified and Plaintiff's time to move for summary judgment should be extended from 1/7/2023 to 1/30/2023, all other deadlines to be determined by reference to the Court's scheduling order and that good cause supports the extension of time.

    This is the parties second request for modification of the scheduling order. Good cause supporting the extension of the filing deadline includes the unforeseen circumstance of Plaintiff's counsel's side effects from a medication change on December 28, 2022, interfering with his ability to timely complete Plaintiff's summary judgment motion. This request is made jointly in good faith, without dilatory motive and not for purposes of undue delay or to prejudice the interest of any party.

1 | SO STIPULATED AND AGREED, January 4, 2023

| | |
|---|---|
| WEEMS LAW OFFICES | PHILLIP A. TALBERT,<br>  United States Attorney<br>PETER K. THOMPSON<br>    Acting Regional Chief Counsel,<br>    Region IX, Soc. Sec. Admin<br>ELLINOR RAVENEL CODER<br>  Sp. Asst. U.S. Attorney |
| */s/Robert C. Weems* <br>ROBERT C. WEEMS,<br>Attorney for Plaintiff | By: */s/Ellinor Ravenel Coder*<br>ELLINOR RAVENEL CODER<br>Sp. Asst. U.S. Attorney,<br>Attorney for Defendant<br>(per email authorization) |

**[PROPOSED] ORDER**

SO ORDERED

Dated: January 4, 2023.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE